# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**RONALD STAFFORD**                                                                **PLAINTIFF**

v.                                                                CIVIL NO.: 1:15cv414-HSO-JCG

**GOVERNMENT EMPLOYEES**
**INSURANCE COMPANY and**
**LAMORAK INSURANCE COMPANY**
**f/k/a ONE BEACON AMERICA**
**INSURANCE COMPANY**                                                                **DEFENDANTS**

## FINAL JUDGMENT

This action came on for trial before the Court and a jury beginning on the 8th day of August, 2017, and concluding on the 10th day of August, 2017, Honorable Halil Suleyman Ozerden, United States District Court Judge, presiding. The issues having been duly tried and the jury having heard all of the evidence and argument of counsel and having received instructions of the Court, including a Verdict Form, retired to consider their verdict and returned upon their oaths, into open Court, the following verdict, to wit:

**Question Number One:**

Do you find that Plaintiff Ronald Stafford has proved by a preponderance of the evidence that the injuries of which he complains were proximately caused by the traffic accident in which he was involved on September 13, 2012? ____Yes_____

1

**Question Number Two:**

We the jury find that Plaintiff Ronald Stafford has proved by a preponderance of the evidence that he sustained injuries proximately caused by the traffic accident in which he was involved on September 13, 2012, as follows:

| | |
|---|---|
| Actual economic damages | $ <u>572,314.93</u> |
| Noneconomic damages | $ <u>650,000.00</u> |
| Total | $ <u>1,222,314.93</u> |

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment is rendered in favor of Plaintiff Ronald Stafford, and he shall recover of and from Defendants Government Employees Insurance Company and Lamorak Insurance Company f/k/a One Beacon America Insurance Company compensatory damages in the total amount of $ 1,222,314.93, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**SO ORDERED AND ADJUDGED**, this the 10th day of August, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE