IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD STAFFORD**                                          **PLAINTIFF**

**V.**                                     **CIVIL ACTION NO.: 1:15-cv-414-HSO-JCG**

**MALORIE HUDSON-KLINE ORY,
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INSURANCE AGENCY, INC.
LAMORAK INSURANCE COMPANY f/k/a
ONE BEACON AMERICA INSURANCE COMPANY,
ATLANTIC SPECIALTY INSURANCE COMPANY d/b/a
ONE BEACON AMERICA INSURANCE,
OBI NATIONAL INSURANCE COMPANY d/b/a
ONE BEACON AMERICA INSURANCE AND
UNKNOWN INSURANCE COMPANIES 1-5**          **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now Jessica S. Malone and files this Motion to Withdraw as Counsel of Record for Defendant, Lamorak Insurance Company f/k/a/ One Beacon America Insurance Company, and, in support of the same, would show unto the Court as follows:

1. Undersigned counsel, in her capacity as an associate attorney for Allen, Allen, Breeland & Allen, PLLC, entered an appearance on behalf of Defendant.

2. Undersigned counsel is leaving the firm and relocating to another state which necessitates that she withdraw from the instant cause of action.

3. The Defendant will continue to be represented by Allen, Allen, Breeland & Allen, PLLC.

4. No prejudice will occur to any of the parties if this motion is granted.

WHEREFORE PREMISES CONSIDERED, Jessica S. Malone respectfully requests that this Court enter an order allowing her to withdraw as counsel of record for Defendant.

**DATE:** May 11, 2018.

Respectfully submitted,

**LAMORAK INSURANCE COMPANY f/k/a ONE BEACON AMERICA INSURANCE COMPANY**

By: /s/ Jessica S. Malone
     One of Their Attorneys

WILLIAM R. ALLEN (MSB No. 100541)
J. CHADWICK WILLIAMS (MSB #102158)
JESSICA S. MALONE (MSB No. 102826)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Fax 601-833-6647
wallen@aabalegal.com
cwilliams@aabalegal.com
jmalone@aabalegal.com

# **CERTIFICATE**

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on this day, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the ECF system which gave notice to the following:

>Collin Maley, Esq.
>MALEY & WALKER, PLLC
>P.O. Box 12827
>Jackson, Mississippi 39236
>cmaley@maleywalker.com
>      *Attorney for Plaintiff*
>
>MaryAnna Penton Holley
>Ronnie Glen Penton
>The Penton Law Firm
>5760 Interstate 55 North, Ste 150
>Jackson, Mississippi 39211
>maryanna@thepentonlawfirm.com
>*Attorney for Plaintiff*
>
>Victor A. DeBose, Esq.
>Law Office of Victor A. DuBose
>1290 Main Street, Suite A
>Daphne, AL 36526
>Mobile, AL 36609
>vdubose@geico.com
>      *Attorney for Defendant, GEICO*

This the 11th day of May, 2018.

/s/ Jessica S. Malone
OF COUNSEL